George Hofmann (10005)
Chapter 7 Trustee
**Cohne Kinghorn, PC**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378



George Hofmann, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 19-20986 (JTM) |
|---|---|
| MARIE BARBARA LUJAN, | Chapter 7 |
| Debtor. | |

## DEPOSIT OF UNCLAIMED FUNDS

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

Check No. 101 in the amount of $5,000 was issued to the Debtor listed below. The Debtor is deceased and has no estate representatives to receive the funds.

**DEBTOR & ADDRESS**      **CHECK AMOUNT**

MARIA BARBARA LUJAN      $5,000.00
1600 NORTH 1575 WEST APT. F101
LAYTON, UT 84041

A check in the amount of $5,000.00 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED: June 23, 2020

/s/ George Hofmann
George Hofmann,
Chapter 7 Trustee

{00499831.DOC /}