George Hofmann (10005)
Chapter 7 Trustee
**Cohne Kinghorn, PC**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

George Hofmann, Chapter 7 Trustee

FILED* US Bankruptcy Court-UT
SEP 8 2020 AM 11:45

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re<br><br>MARIE BARBARA LUJAN,<br><br>Debtor. | Bankruptcy No. 19-20986 (JTM)<br><br>Chapter 7 |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

Check No. 129 in the amount of $8,522.84 was issued to the Debtor listed below. The Debtor is deceased and has no estate representatives to receive the funds.

**DEBTOR & ADDRESS**                                               **CHECK AMOUNT**

MARIA BARBARA LUJAN                                                $8,522.84
1600 NORTH 1575 WEST APT. F101
LAYTON, UT 84041

A check in the amount of $8,522.84 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED: September 4, 2020

/s/ George Hofmann
George Hofmann,
Chapter 7 Trustee

{00513168.DOC /}