# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re: Marie Barbara Lujan | Bankruptcy Case No. 19-20986 (jtm) |
|---|---|
| Debtor(s). | Chapter 7 |

## ORDER GRANTING APPLICATION FOR PAYMENT OF

## UNCLAIMED FUNDS

It appearing that the check made payable to Marie Barbara Lujan, in the amount of $ $13,522.84 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that Johnson Investigations Assignee to April Lujan Flores (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $ $13,522.84 to Johnson Investigations.

-----------------------------------END OF ORDER-----------------------------------