IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: _Marie Barbara Lujan_<br><br>Debtor(s). | Bankruptcy Case No. _Utah BK#19-20986_<br><br>Chapter _7_<br>FILED* US Bankruptcy Court-UT<br>SEP 16 2022 PM 3:21 |

ORDER GRANTING APPLICATION FOR PAYMENT OF

UNCLAIMED FUNDS

It appearing that the check made payable to _Josephine L. Blas_, in the amount of $ _4,509.61_ was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that _Josephine L. Blas_ (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $ _4,509.61_ to _Josephine L. Blas_.

------------------------------END OF ORDER------------------------------