**This order is SIGNED.**

**Dated: October 18, 2023**



_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 19-20986 |
|---|---|
| MARIE BARBARA LUJAN, | Chapter 7 |
| Debtor. | Judge Joel T. Marker |

### ORDER VACATING UNCLAIMED FUNDS ORDER

On June 25 and September 8, 2020, the Chapter 7 Trustee filed Deposits of Unclaimed Funds for a total of $13,522.84 owed to the Debtor, both of which stated that "[t]he Debtor is deceased and has no estate representatives to receive the funds." On March 23, 2022, the Court received an Application for Payment of Unclaimed Funds from "Johnson Investigations [as] Assignee to April Lujan Flores," who was alleged to be the Debtor's "successor." In accordance with 11 U.S.C. § 347(a) and 28 U.S.C. § 2042, and given the available information at the time, the Court entered its Order Granting Application for Payment of Unclaimed Funds ("Unclaimed Funds Order") on May 23, 2022, which provided "that the Clerk of the Bankruptcy Court **may** pay the sum of $13,522.84 to Johnson Investigations" (emphasis added). The Clerk and the Court have since become aware of additional information and received alternate

applications which suggest that the Unclaimed Funds Order may have been improvidently entered. Accordingly, it is hereby

**ORDERED** that the Unclaimed Funds Order is VACATED; and it is further

**ORDERED** that the Clerk shall not disburse any unclaimed funds to Johnson Investigations.

_____END OF DOCUMENT_____

_____ooo0ooo_____
**SERVICE LIST**

Service of the foregoing **ORDER VACATING UNCLAIMED FUNDS ORDER** will be effected through the Bankruptcy Noticing Center to each party listed below.

Johnson Investigations
57 South Main St., Suite 359
Neptune, NJ 07753

Josephine L. Blas
170 Veronica Way
Tamuning, Guam 96913

Victor Castro Lujan
8249 Trieste Court
Antelope, CA 95843

Office of the U.S. Attorney, District of Utah
111 South Main Street, Suite 1800
Salt Lake City, UT 84111