The matter is not yet resolved.

**This order is not signed for the reason set forth above.**

**Dated: October 15, 2024**



---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

In re: Marie Barbara Lujan

Debtor(s).

Bankruptcy Case No. Utah Bk# 19-20986

Chapter 7

FILED* US Bankruptcy Court-UT
SEP 16 2022 PM 3:21

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to Josephine L. Blas in the amount of $ 4,509.61 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that Josephine L. Blas (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $ 4,509.61 to Josephine L. Blas.

-----------------------------END OF ORDER-----------------------------

United States Bankruptcy Court

District of Utah

In re: Case No. 19-20986-JTM

Marie Barbara Lujan  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 2
Date Rcvd: Oct 15, 2024      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Josephine L. Blas, 170 Veronica Way, Tamuning, GU 96913-3100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George B. Hofmann | on behalf of Trustee George B. Hofmann IV ghofmann@ck.law, mparks@ck.law |
| George B. Hofmann | on behalf of Realtor Lolita Camit ghofmann@ck.law mparks@ck.law |
| George B. Hofmann, IV | trustee@ck.law mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net |
| Jesse P. Murff | on behalf of Debtor Marie Barbara Lujan jennelle@murff-law.com r62366@notify.bestcase.com;r63356@notify.bestcase.com |
| L. Mark Ferre | on behalf of Creditor Toyota Motor Credit Corporation mferre1974@gmail.com |
| Patrick E Johnson | on behalf of Trustee George B. Hofmann IV patrick.johnson@flsmidth.com |

District/off: 1088-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 15, 2024 | Form ID: pdfor1 | Total Noticed: 1

United States Trustee
    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 7